UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-7096-CIV-DIMITROULEAS

BIOVAIL CORPORATION INTERNATIONAL, et al.,

Magistrate Judge Johnson

Plaintiffs,

vs.

ANDRX PHARMACEUTICALS, INC.,

Defendant.

_____/

FILED by _____ D.C.

MAR 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# FINAL JUDGMENT

THIS CAUSE is before the Court upon the non-jury trial on January 24, January 31, February 14, February 15 and February 16, all in the year 2000.. For the reasons expressed in this Court's Findings of Fact and Conclusions of Law, separately entered today, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of the defendant, Andrx Pharmaceuticals, Inc., and against the plaintiffs, Biovail Corporation International, Inc., Biovail Laboratories, Inc., and Galephar P.R., Ltd., on Plaintiffs' Complaint, and plaintiffs shall take nothing from this action.

2. All pending motions are denied as moot;

3. The Clerk shall close this case, however, the Court retains jurisdiction to hear any appropriate post-judgment motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Eric C. Cohen, Esq./Robert B. Breisblatt, Esq./Charles Krikorian, Esq.
Benedict Kuehne, Esq.
James Costigan, Esq./Martin Andres, Esq./ Alan Clement, Esq.
Gerald Houlihan, Esq.

